UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| FABRICIO FERREIRA GOMES, ) <br> ) <br> Petitioner, ) <br> ) <br> v. ) <br> ) <br> PATRICIA HYDE, Acting Director of Boston ) <br> Field Office, United States Immigration and ) <br> Customs Enforcement, et al., ) <br> ) <br> Respondents. ) | Civil Action No. 25-cv-10455-FDS |

## ORDER

**SAYLOR, C.J.**

Petitioner Fabricio Ferreira Gomes, a Brazilian national under an immigration order of supervision, has filed a petition for a writ of habeas. He names Patricia Hyde, Acting Director of Boston Field Office, United States Immigration and Customs Enforcement; and Kristi Noem, Secretary of the United States Department of Homeland Security, as respondents.

Upon review of the Petition, the Court hereby orders:

1. The Clerk of this Court shall serve a copy of the Petition upon Respondents and the United States Attorney for the District of Massachusetts.

2. Respondents shall, no later than end of business Friday, February 28, 2025, answer or respond to the Petition.

3. To give the Court time to consider the matter, unless otherwise ordered by the Court, Petitioner shall not be moved outside the District of Massachusetts without providing the Court 48 hours' advance notice of the move and the reason therefor. Any such 48−hour notice period shall commence at the date and time such notice is filed and expire 48 hours later, except

"[i]f the period would end on a Saturday, Sunday, or legal holiday, the period continues to run until the same time on the next day that is not a Saturday, Sunday, or legal holiday." Fed. R. Civ. P. 6(a)(2)(C).

**So Ordered.**

Dated:  February 25, 2025

/s/ F. Dennis Saylor IV
F. Dennis Saylor IV
Chief Judge, United States District Court

2