UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| FABRICIO FERREIRA GOMES,<br><br>Petitioner,<br><br>v.<br><br>ANTONE MONIZ, Superintendent,<br>Plymouth County House of Correction<br>et al,<br><br>Respondent. | Civil Action No. 25-cv-10455-FDS |

## ORDER

**SAYLOR, C.J.**

Petitioner Fabricio Ferreira Gomes, a Brazilian national detained under a final order of removal, has filed a petition for a writ of habeas corpus. He originally named Patricia Hyde, Acting Director of Boston Field Office, United States Immigration and Customs Enforcement; and Kristi Noem, Secretary of the United States Department of Homeland Security, as respondents. Because he is now detained at the Plymouth County House of Correction, the Superintendent of that facility, Antone Moniz, has been substituted as defendant to the action. *See Vasquez v. Reno*, 233 F.3d 688, 695-96 (1st Cir. 2000).

Upon review of the petition, the government's response, and the arguments of counsel at a hearing held February 28, 2025, the petition for a writ of habeas corpus is DENIED.

**So Ordered.**

|  |  |
|---|---|
| Dated: February 28, 2025 | /s/ F. Dennis Saylor<br>F. Dennis Saylor IV<br>Chief Judge, United States District Court |