UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

FABRICIO FERREIRA GOMES,
      Petitioner,

v.

ANTONE MONIZ, Superintendent, Plymouth County House of Correction et al, Respondent.

CIVIL ACTION NO. 25-10455FDS

## FINAL JUDGMENT

SAYLOR, Chief Judge

In accordance with the Order on Petition for Writ of Habeas Corpus [ECF# 13] filed this day, the above-entitled petition is hereby DISMISSED and FINAL JUDGMENT is entered for respondents.

BY THE COURT,

/s/Matthew McKillop
Deputy Clerk

DATED: February 28, 2025