UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |  |
|---|---|---|
| FABRICIO FERREIRA GOMES, | ) ) ) | |
| Petitioner, | ) ) | |
| v. | ) ) ) | Civil Action No. 25-cv-10455-FDS |
| ANTONE MONIZ, Superintendent, Plymouth County House of Correction, | ) ) ) | |
| Respondent. | ) ) ) ) | |

## ORDER CONCERNING EMERGENCY STAY

**SAYLOR, C.J.**

Petitioner Fabricio Ferreira Gomes, a Brazilian national detained under a final order of removal, has moved to stay his removal pending a USCIS determination that he has filed a bona fide T visa application. For the reasons stated on the record at the emergency hearing held February 28, 2025, that motion is DENIED.

However, to ensure meaningful access to an emergency appeal, petitioner's removal is hereby STAYED through 5:00 p.m. on Saturday, March 8, 2025, or further order of the United States Court of Appeals. *See* Fed. R. Civ. P. 8(a)(1)(C).

**So Ordered.**

Dated: March 3, 2025

/s/ F. Dennis Saylor IV  
F. Dennis Saylor IV  
Chief Judge, United States District Court