# United States Court of Appeals
## For the First Circuit

No. 25-1211

FABRICIO FERREIRA GOMES,

Petitioner - Appellant,

v.

ANTONE MONIZ, Superintendent, Plymouth County House of Correction; PATRICIA HYDE, Acting Director of Boston Field Office, U.S. Immigration and Customs Enforcement; KRISTI NOEM, Secretary of the US Department of Homeland Security,

Respondents - Appellees.

**JUDGMENT**

Entered: June 2, 2025
Pursuant to 1st Cir. R. 27.0(d)

Upon consideration of the parties' joint motion, it is hereby ordered that this appeal be voluntarily dismissed pursuant to Fed. R. App. P. 42(b)(2) with each party to bear its own costs.

Mandate to issue forthwith.

By the Court:

Anastasia Dubrovsky, Clerk

cc:
Annelise Maia Jatoba de Araujo
Michael P. Sady
Rayford A. Farquhar
Aneesa Ahmed